# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ANTHONY-DECARLO HAYS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 11-2193-JDT-tmp |
| | ) | |
| A. C. WHARTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE

On April 3, 2013, the court referred Plaintiff's motion for default judgment or, in the alternative for summary judgment, to Magistrate Judge Tu M. Pham for a report and recommendation. Magistrate Judge Pham has issued a report, recommending that Plaintiff's motion be denied [DE# 30]. The parties have not filed any objections. Therefore, the report and recommendation of Magistrate Judge Pham is hereby ADOPTED, and Plaintiff's motion for default judgment or, in the alternative for summary judgment, is DENIED.

IT IS SO ORDERED.

 s/ **James D. Todd**
 JAMES D. TODD
 UNITED STATES DISTRICT JUDGE